UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| MATTHEW B. MAXWELL, Administrator of the Estate of David T. Gerbick, Jr., <br>   Plaintiffs, <br><br>v. <br><br>PHIL R. STAMMITTI, et al, <br><br>   Defendants. | ) Case No. 1:07cv43 <br> ) <br> ) <br> ) JUDGE SARA LIOI <br> ) <br> ) <br> ) JUDGMENT ENTRY <br> ) <br> ) |

For the reasons set forth in the Memorandum Opinion filed contemporaneously with this Judgment Entry, IT IS HEREBY ORDERED, ADJUDGED and DECREED that defendant Devin Small, (Document No. 21) and defendants Phil R. Stammitti, John Steenstra and Charles Motylewski's motions for summary judgment are granted. (Docket No. 22). This action is terminated.

  IT IS SO ORDERED.

Date July 24, 2007

*s/ Sara Lioi*
Honorable Sara Lioi
United States District Judge